NUMBER 13-05-088-CV

 

                                      COURT OF APPEALS

 

                            THIRTEENTH DISTRICT OF TEXAS

 

                              CORPUS CHRISTI - EDINBURG 

_________________________________________________________

 

TED E. DAHL,                                                                                        Appellant,

 

                                                             v.

 

CENTEX HOME EQUITY
COMPANY, LLC,                                                   Appellee.

_________________________________________________________

 

                               On appeal from the 125th  District Court

                                            of Harris
County, Texas.

_________________________________________________________

 

                                 MEMORANDUM OPINION

 

                Before Chief Justice
Valdez and Justices Rodriguez and
Castillo

Memorandum
Opinion Per Curiam

 

Appellant,
TED E. DAHL, perfected an appeal from a judgment entered by the 125th District Court of Harris County, Texas, in
cause number 2003-42677. 
After the record was filed, appellant filed a motion to dismiss the
appeal.  Appellant requests that this
Court dismiss the appeal.








The
Court, having considered the documents on file and appellant=s motion
to dismiss the appeal, is of the opinion that the motion should be
granted.  Appellant=s motion
to dismiss is granted, and the appeal is hereby DISMISSED.

PER
CURIAM

Memorandum Opinion delivered and 

filed this the 20th day of
October, 2005.